**Order entered September 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00910-CV

## IN RE LAUREN CADILAC, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-9744**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     BILL PEDERSEN, III
JUSTICE